COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Terry Fox v. Tara Properties, LLC

Appellate case number:      01-19-00687-CV

Trial court case number:    19-CCV-065277

Trial court:                County Court at Law No. 3 of Fort Bend County

Appellant, Terry Fox, has filed a third pro se motion to dismiss this appeal. We previously denied appellant's motions to dismiss because appellant is represented by counsel and may not file pro se motions on his own behalf. *See* TEX. R. CIV. P. 7 ("Any party to a suit may appear and prosecute or defend his rights therein, either in person or by an attorney of the court."); *Posner v. Dallas Cty. Child Welfare Unit of the Tex. Dep't of Human Servs.*, 784 S.W.2d 585, 588 (Tex. App.—Eastland 1990, writ denied) (holding that appellants in civil cases not entitled to "'hybrid representation,' representation partly by counsel and partly pro se."). However, appellant's latest motion to dismiss states that he no longer has counsel and that his counsel will not take appellant's phone calls. Appellant's counsel have not filed anything in this appeal, including any response to appellant's prior pro se motions to dismiss.

We issue the following order. We **order** appellant's lead counsel, Kerry Prisock, **within 5 days of the date of this order**, to confer with appellant in person or by telephone regarding appellant's pro se motion to dismiss. We further **order** appellant's lead counsel to file, **within 20 days of the date of this order**, the following:

(1)     a motion to dismiss on appellant's behalf that complies with Texas Rules of Appellate Procedure 10.1(a) and 42.1(a)(1); and

(2)     a motion to withdrawal counsel that complies with Texas Rule of Appellate Procedure 6.5(a)–(c).

Appellant's lead counsel's failure to comply with this order may result in this Court abating this appeal to the trial court to hold a hearing with appellant, all of appellant's counsel, and appellee's counsel to determine whether appellant's counsel should be dismissed as counsel in this appeal.

We **direct** the Clerk of this Court to mail a copy of this order to each of appellant's counsel at the following office addresses listed on counsel's website and the State Bar of Texas website:

Kerry Prisock
Vilt & Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056

Kerry Prisock
Vilt & Associates, P.C.
1371 Hayward Drive
Rockwall, Texas 75087

Robert C. Vilt
Vilt & Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056

We **order** that appellant's pro se motion to dismiss is carried pending a response from appellant's counsel.

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
          ☑ Acting individually     ☐ Acting for the Court


Date: _January 30, 2020_____

2